[No. 20745-5-III.   Division Three.   September 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARSIAL TISCORINO, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 124 Wn. App. 476-82, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated April 26, 2005 withdrawing the opinion and substituting a new opinion. *See* 127 Wn. App. 190.